UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND ALFRED BERRY, | Case No. 2:23-cv-00442-DJC-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner has filed a motion for a second extension of time to file objections to the May 10, 2023 findings and objections. ECF No. 9. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 9, is granted.

2. Petitioner is granted until July 23, 2023, to file objections to the May 10, 2023 findings and recommendations.

IT IS SO ORDERED.

Dated: __July 5, 2023__                             _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE